WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
rriether@wrightlegal.net
*Attorneys for Defendant, Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00655-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO ENJOIN FORECLOSURE SALE, POST BOND AND IMPOSE ADDITIONAL CONDITIONS OF INJUNCTION** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET-BACKED CERTIFICATES, SERIES 2007-6; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Plaintiff SFR Investments Pool 1, LLC ("SFR") and Defendant Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 ("Wells Fargo Bank Trustee"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on April 20, 2022, SFR filed a Complaint against Wells Fargo Bank Trustee, seeking quiet title to the real property located at 3409 Yorkminster Street, Las Vegas, Nevada 89129 ("Property"). ECF No. 1.

///

1   WHEREAS, on April 22, 2022, SFR filed an Emergency Motion for Temporary
2   Restraining Order and Preliminary Injunction ("Emergency Motion"), seeking to enjoin the
3   foreclosure sale under the Deed of Trust (ECF No. 7-1), currently set for April 29, 2022. ECF Nos.
4   6-7.

5   WHEREAS, also on April 22, 2022, this Court entered a minute order setting a briefing
6   schedule and hearing on the Emergency Motion for April 28, 2022 at 9:00 a.m. ECF No. 8.

7   WHEREFORE, based on the foregoing,

8   IT IS HEREBY STIPULATED AND AGREED that Wells Fargo Bank Trustee will be
9   enjoined from foreclosing under the Deed of Trust, identified in ECF No. 7-1, until such time as
10   this Court enters its determination of quiet title as to the parties' rights, title and interests in the
11   Property and a final judgment.

12   IT IS HEREBY FURTHER STIPULATED AND AGREED that SFR shall continue to pay
13   all taxes, insurance, homeowner's association assessments and any other amounts payable by the
14   record owner of the Property to prevent the recording of any lien or encumbrance against title to
15   the Property prior to entry of a final judgment.

16   IT IS HEREBY FURTHER STIPULATED AND AGREED that SFR shall pay a bond in
17   the amount of $2,000.00 as security for the injunction, pursuant to Fed. R. Civ. P. 65(c), within
18   24-hours of entry of the order approving this stipulation.  Wells Fargo Bank Trustee reserves its
19   right to move to increase the bond at a later point in the litigation if it appears that $2,000.00 is
20   insufficient.

21
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1    IT IS HEREBY FURTHER STIPULATED AND AGREED that SFR hereby withdraws

2  its Emergency Motion (ECF Nos. 6-7) and the related hearing on the Emergency Motion, set for

3  April 28, 2022 at 9:00 a.m., shall be vacated.

4    IT IS SO STIPULATED.

5  DATED this 26th day of April, 2022.        DATED this 26th day of April, 2022.

6  WRIGHT, FINLAY & ZAK, LLP                 HANKS LAW GROUP

7
   */s/ Robert A. Riether*                      */s/ Karen L. Hanks*
8  Christina V. Miller, Esq.                  Karen L. Hanks, Esq.
   Nevada Bar No. 12448                       Nevada Bar No. 9578
9  7785 W. Sahara Ave., Suite 200             Chantel M. Schimming, Esq.
   Las Vegas, Nevada 89117                    Nevada Bar No. 8886
10 *Attorneys for Defendant, Wells Fargo Bank,* 7625 Dean Martin Dr., Suite 110
   *National Association as Trustee for Option* Las Vegas, Nevada 89139
11 *One Mortgage Loan Trust 2007-6, Asset-*   *Attorneys for Plaintiff, SFR Investments*
   *Backed Certificates, Series 2007-6*       *Pool 1, LLC*
12

13

14

15 **IT IS SO ORDERED.**

16 **IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for Temporary
   Restraining Order, (ECF No. 6), and Plaintiff's Emergency Motion for Preliminary
17 Injunction, (ECF No. 7), are **DENIED as moot.**

18 **IT IS FURTHER ORDERED** that the Motion hearing currently scheduled for April
19 28, 2022, at 9:00 A.M. is **VACATED.**

20 Dated this  27  day of April, 2022.

21

22

23 _____
24 Gloria M. Navarro, District Judge
   UNITED STATES DISTRICT COURT
25

26

27

28