1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00655-GMN-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET BACKED CERTIFICATES, SERIES 2007-6; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

The parties hereby stipulate that SFR Investments Pool 1, LLC shall have an additional one (1) day to file its response to motion for protective order [ECF No. 25] The current deadline is March 10, 2023, and the parties agree SFR shall have until **March 13, 2023.** The request is sought because SFR's counsel had childcare issues that cut her day short and despite her best efforts to complete the response was unable to complete it.

///

- 1 -

The request is not sought to delay or prejudice any party.

| HANKS LAW GROUP | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| */s/ Karen L. Hanks*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: chantel@hankslg.com<br>Email: karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Jory C. Garabedian*<br>Jory C. Garabedian, Esq.<br>Nevada Bar No. 10352<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Telephone: (702) 475-7964<br>Email: jgarabedian@wrightlegal.net<br><br>*Attorneys for Defendant and Non-Party PHH Mortgage Corp.* |

**ORDER**

**IT IS ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: March 13, 2023

- 2 -