KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET BACKED CERTIFICATES, SERIES 2007-6; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00655-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE**<br><br>**(First Request)** |

The parties hereby stipulate that SFR Investments Pool 1, LLC shall have an additional one week to file its response to motion for protective order [ECF No. 33] The current deadline is May 9, 2023, and the parties agree SFR shall have until **May 16, 2023.**  The request is made because SFR's counsel had jury duty this week which cut into her time to complete the response.

///

- 1 -

1    The request is not sought to delay or prejudice any party.

| **HANKS LAW GROUP** | **WRIGHT FINLAY & ZAK, LLP** |
|---|---|
| */s/ Karen L. Hanks*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email:  chantel@hankslg.com<br>Email:  karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Jory C. Garabedian*<br>Jory C. Garabedian, Esq.<br>Nevada Bar No. 10352<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Telephone: (702) 475-7964<br>Email: jgarabedian@wrightlegal.net<br><br>*Attorneys for Defendant and Non-Party PHH Mortgage Corp.* |

**ORDER**

**IT IS ORDERED:**

_____
U.S. MAGISTRATE JUDGE


DATED:  May 9, 2023

- 2 -