1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00655-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET BACKED CERTIFICATES, SERIES 2007-6; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

The parties hereby stipulate that SFR Investments Pool 1, LLC shall have until January 10, 2024 to file its response to motion for summary judgment [ECF No. 53]. The current deadline is December 27, 2023. This request is made because SFR's counsel is out of town and the office will be closed that week.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

The request is not sought to delay or prejudice any party.

Dated this 11th day of December, 2023.

| HANKS LAW GROUP | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| /s/ Karen L. Hanks<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: chantel@hankslg.com<br>Email: karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Robert A. Riether<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Telephone: (702) 475-7964<br>Email: rriether@wrightlegal.net<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6* |

**ORDER**

IT IS ORDERED:

_____
U.S. MAGISTRATE JUDGE
DATED: December 11, 2023

- 2 -