KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET BACKED CERTIFICATES, SERIES 2007-6; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00655-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE**<br><br>**(Second Request)** |

The parties hereby stipulate that SFR Investments Pool 1, LLC shall have until January 12, 2024 to file its response to motion for summary judgment [ECF No. 53]. The current deadline is January 10, 2024. This request is made because SFR's counsel was out of the office on January 9, 2024 and had an afternoon appointment on January 10, 2024. The response is nearly complete, but SFR's counsel needs an additional two days to complete it.

/ / /

/ / /

/ / /

/ / /

- 1 -

The request is not sought to delay or prejudice any party.

Dated this 10th day of January, 2024.

| HANKS LAW GROUP | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| /s/ Karen L. Hanks | /s/ Robert A. Riether |
| Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: chantel@hankslg.com<br>Email: karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>Telephone: (702) 475-7964<br>Email: rriether@wrightlegal.net<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6* |

**ORDER**

**IT IS ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

DATED: January 10, 2024

- 2 -