WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Defendant, Wells Fargo Bank, N.A., as Trustee For Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 & Non-Party Wells Fargo Bank, N.A. in its individual capacity*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET-BACKED CERTIFICATES, SERIES 2007-6; DOES I through X; and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | Case No.:   2:22-cv-00655-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO COUNTERMOTION** |

IT IS HEREBY STIPULATED between Defendant Wells Fargo Bank, N.A., as Trustee For Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 ("WFB"), and Plaintiff SFR Investments Pool 1, LLC ("SFR") (collectively the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. WFB filed it Motion for Summary Judgment [ECF 53] ("MSJ") on December 6, 2023.
2. SFR filed its Response to the MSJ [ECF 61] on January 12, 2024.
3. The deadline for WFB to file its Reply to SFR's Response is January 26, 2024.
4. SFR filed its Counter Motion for Summary Judgment ("Countermotion") [ECF 63] on January 16, 2024.

1

5. The deadline for WFB to file its Response to SFR's Countermotion is February 2, 2024.

6. Due to certain pending trial related conflicts involving Defendant's counsel, as well as medical appointments for Defendant counsel's newborn daughter, the parties agree to extend the deadline for WFB to file its Reply in Support of its MSJ until February 9, 2024, and WFB's Response to SFR's Countermotion to February 20, 2024.

7. This is the Parties' first request for extension, and it is not intended to cause any delay or prejudice to any party.

IT IS SO STIPUALTED.

| WRIGHT, FINLAY & ZAK, LLP | HANKS LAW GROUP |
|---|---|
| /s/ Robert A. Riether | /s/ Karen L. Hanks |
| Robert A. Riether, Esq. | Karen L. Hanks, Esq. |
| Nevada Bar No. 12076 | Nevada Bar No. 9578 |
| 7785 W. Sahara Ave., Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89139 |
| Attorneys for Defendant, Attorney for Defendant, Wells Fargo Bank, N.A., as Trustee For Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 | *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

Dated this __23__ day of January, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT