AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SFR Investments Pool 1, LLC

                              Plaintiff,

  v.

Wells Fargo Bank, National Association

                              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00655-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
JUDGMENT is entered in favor of Defendant and against Plaintiff. Case closed.

05/31/2024
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk