WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net

*Attorney for Defendant, Wells Fargo Bank, N.A., as Trustee For Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 & Non-Party Wells Fargo Bank, N.A. in its individual capacity*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-6, ASSET-BACKED CERTIFICATES, SERIES 2007-6; DOES I through X; and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00655-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FRCP 59(E) [ECF 75]** |

IT IS HEREBY STIPULATED between Defendant Wells Fargo Bank, N.A., as Trustee For Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 ("WFB"), and Plaintiff SFR Investments Pool 1, LLC ("SFR") (collectively the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. SFR filed it Motion to Alter or Amend Judgment Pursuant to FRCP 59(e) [ECF 75] ("Motion") on June 24, 2024;

2. The deadline for WFB to file its Response to SFR's Motion is July 8, 2024;

1

3. Due to the upcoming Independence Day holiday and corresponding vacation schedules, as well as WFB's Counsel's recent office relocation, the parties agree to extend the deadline for WFB to file its Response to SFR's Motion to July 22, 2024;

4. This is the Parties' first request for extension, and it is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | HANKS LAW GROUP |
| */s/ Robert A. Riether* | */s/ Karen L. Hanks* |
| Robert A. Riether, Esq. | Karen L. Hanks, Esq. |
| Nevada Bar No. 12076 | Nevada Bar No. 9578 |
| 8337 W. Sunset Rd., Suite 220 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89113 | Las Vegas, Nevada 89139 |
| *Attorneys for Defendant, Attorney for Defendant, Wells Fargo Bank, N.A., as Trustee For Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6* | *Attorneys for Plaintiff, SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE